UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 19-19861 |
| Krista J Marciniak | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Jack B. Schmetterer |
| | ) | |
| Debtor(s) | ) | |

## ORDER OF REDEMPTION

THIS MATTER coming to be heard on the MOTION TO REDEEM PERSONAL PROPERTY, the Court having jurisdiction, with due notice having been given to all parties in interest; pursuant to 11 U.S.C. 722 and Bankruptcy Rule 6008 for a Redemption Order, the Court finds as follows:

1. The tangible personal property described below is intended primarily for personal, family or household use of the Debtor: 2013 Nissan Rogue VIN # JN8AS5MV8DW624590

2. The debt owing to the creditor, Nichols Financial is a dischargeable consumer debt and the Debtor's interest in such property is exempt or has been abandoned by the estate.

3. The value of the secured claim of the Creditor, Nichols Financial for redemption purposes, the "redemption amount" is $4,770.00.

IT IS HEREBY ORDERED: that the Debtor may redeem the subject property by paying to the Creditor, Nichols Financial on or before the thirtieth (30th) day following entry of this Order the redemption amount. Upon timely receipt of this payment the Creditor, Nichols Financial, is ordered to cancel its lien of record and surrender the certificate of title in accordance with the given instruction. In the event of failure of payment of the redemption amount within such time frame, the automatic stay shall terminate.

The prevailing party will forthwith serve a copy of this order on all parties affected thereby, and file proof of such service with the Clerk.

Dated: 17 SEP 2019

Enter:

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

**Prepared by:**
David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates,
4131 Main St.,
Skokie, IL 60076
Phone: (847) 673-8600

Rev: 20170105_bko